UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| STEPHEN BUSHANSKY,<br><br>    Plaintiff,<br><br>  v.<br><br>WPX ENERGY, INC., KIMBERLY S. LUBEL, JOHN A. CARRIG, DAVID F. WORK, ROBERT K. HERDMAN, KELT KINDICK, KARL F. KURZ, HENRY E. LENTZ, VALERIE M. WILLIAMS, RICHARD E. MUNCRIEF, and CLAY M. GASPAR,<br><br>    Defendants. | Case No. 1:20-cv-01426-MKV<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated:  February 28, 2020

                  **WEISSLAW LLP**

                By _/s/ Richard A. Acocelli_
                  Richard A. Acocelli
                  1500 Broadway, 16th Floor
                  New York, New York 10036
                  Telephone: (212) 682-3025
                  Facsimile: (212) 682-3010
                  Email: racocelli@weisslawllp.com

                *Attorneys for Plaintiff*